**FILED & ENTERED**

**JUN 28 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| David Michael Weisman | Case No.:  8:17-bk-14949-MW |
| Debtor(s). | Adv No:   8:18-ap-01068-MW |
| Cherelle Reaves-Berrard | **SCHEDULING ORDER** |
| Plaintiff(s), | Date:          June 27, 2018 |
| v. | Time:         9:00 AM |
| David Weisman | Courtroom:  6C |
| Defendant(s). | |

The Court hereby issues a scheduling order as follows:

All discovery shall close on August 31, 2018.

Discovery motions shall be heard before September 30, 2018.

Pre-trial motions shall be heard before October 31, 2018.

Pre-trial conference is set for November 28, 2018 at 9:00 a.m.

**The Court would like to place the parties on notice (remind the parties) that it is this Court's policy to strictly enforce the Local Bankruptcy Rules relating to pretrial conferences (specifically, LBR 7016-1) and the Court's procedures**

-1-

**supplement to those rules, which are published on the court's website. The parties are expected to comply with those rules. Therefore, please read the Local Bankruptcy Rules and procedures well in advance of the pretrial conference. Failure to comply with the provisions of this order may subject the responsible party to sanctions, including judgment of dismissal for material noncompliance by the plaintiff or the entry of a default and a striking of the answer for material noncompliance by the defendant.**

###

Date: June 28, 2018

Mark S. Wallace
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **S C H E D U L I N G   O R D E R** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of June 27, 2018, the date of entry of this order, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Daniel King on behalf of Defendant David Weisman
dking@TheGenesisLaw.com, r44432@notify.bestcase.com

Karen S Naylor (TR)
alane@ringstadlaw.com, knaylor@IQ7technology.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

> *Plaintiff*
> Cherelle Reaves-Berrard
> 3 San Ramon Dr
> Irvine, CA 92612

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9021-1.1.NOTICE.ENTERED.ORDER**